STATE OF NEW JERSEY v. NATHAN HUDSON.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT R. RELDAN.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. LUIS GARCIA.

December 1, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JAY R. ZAHNER.

December 1, 1980.

Petition for certification denied.